UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PAULA DAWN RAIFORD | CIVIL ACTION NO. 08-5109 |
| VERSUS | |
| | SECTION "C" (BERRIGAN) |
| CALVIN RAY, KNIGHT TRANSPORTATION, INC. and AMERICAN HOME ASSURANCE COMPANY | MAGISTRATE ("1") SHUSHAN |

## O R D E R

Considering the Unopposed Motion to Extend Deadlines for Furnishing Expert Reports filed on behalf of defendants Calvin Ray, Knight Transportation, Inc. and American Home Assurance Company ("Knight");

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**, and that the deadline for Knight to furnish expert reports in this matter be and hereby are extended an additional thirty (30) days, or until Tuesday, June 1, 2010.

No other deadlines, including motions deadlines, are affected.

New Orleans, Louisiana, this 3rd day of May, 2010.

_____
United States District Judge